ARMSTRONG, C.J.,
respectfully dissents.
Iil would find that this Court is bound by the rulings of the United States Supreme Court in the Alden trilogy. The powers delegated to the United States Congress in Article I of the Constitution do not include the power to subject non-consenting States to private suits for damages in state courts. Louisiana has clearly limited its waiver of sovereign immunity with respect to its employees, and has declared that limitation in La. R.S. 23:1034(A). Therefore, I must respectfully dissent from the majority opinion’s overruling this Court’s recent decision in Kuebel v. Department of Wildlife and Fisheries, 08-1018 (La.App. 4 Cir. 4/15/09), 14 So.3d 20, writ denied, 09-1083 (La.9/4/09), 17 So.3d 964.
KIRBY, J., dissents for the reasons assigned by J. BELSOME.